# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lishelle Ann Reese<br>aka Lishelle A. Reese<br>aka Lishelle Reese<br><br>**Debtor** | BK NO. 20-00035 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                           Respectfully submitted,

                                           **/s/ James C. Warmbrodt, Esquire**
                                           James C. Warmbrodt, Esquire
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA  19106
                                           215-627-1322